O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOFIA REBELLON,                          )  Case No. CV 13-06243 DDP (JEMx)
                                         )
                    Plaintiff,           )  ORDER GRANTING IN PART MOTION TO
                                         )  REMAND AND REMANDING CASE
        v.                               )
                                         )  [DOCKET NUMBER 18]
DIMENSION DEVELOPMENT                    )
CORPORATION, a Louisana                  )
corporation; DIMENSION                   )
DEVELOPMENT TWO, LLC, a                   )
Louisiana Limited Liability             )
Company; TIMOTHY BRISTOL, an            )
individual,                              )
                                         )
                    Defendants.          )
_____          )

Plaintiff's Motion to Remand is GRANTED, in part.  Plaintiff did

not act in bad faith to prevent removal.  28 U.S.C. § 1446(c).  The

case is REMANDED to Los Angeles County Superior Court.  Plaintiff's

request for fees is DENIED.


IT IS SO ORDERED.

Dated: May 11, 2015

                                         _____
                                         DEAN D. PREGERSON
                                         United States District Judge